

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00710-CV

**IN THE INTEREST OF T.M.P.** and M.B.R., Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-00126
Honorable Richard Garcia, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the motion to withdraw is GRANTED and the trial court's order of termination is AFFIRMED.

We order that no costs be assessed against appellant father because he is indigent.

SIGNED April 1, 2015.

_____
Marialyn Barnard, Justice

---

[1] The Honorable Karen Pozza is the presiding judge of the 407th District Court, Bexar County, Texas. However, the termination order in this case was signed by Associate Judge Richard Garcia.